**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Andrew Keith Wright and Lisa Wright, | ) |
|     Plaintiffs, | ) No. CIV 05-2925-PHX-DKD |
| vs. | ) **ORDER** |
| Larry Smith and Sharon Woods, dba Paradise Palms Plaza or Marina Vista, | ) |
|     Defendants. | ) |

Pending before the Court is a "Stipulation for Substitution of Counsel" (Doc. #11) and "Motion to Withdraw as Counsel" (Doc. #10). Neither document conforms to the Local Rules of Practice with respect to the withdrawal or substitution of counsel. *See* Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), LRCiv 83.3(b). Accordingly, the stipulation is rejected and the motion denied without prejudice to submitting a request which complies with the Local Rules.

DATED this 3rd day of February, 2006.

_____
David K. Duncan
United States Magistrate Judge