**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Andrew Keith Wright and Lisa Wright, ) | |
| ) | |
| Plaintiffs, ) | No.  CIV 05-2925-PHX-DKD |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| Larry Smith and Sharon Woods, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Rule 41(a) of the Federal Rules of Civil Procedure provides that "an action may be dismissed by the plaintiff without order of court (1) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment . . . ." The adverse party having filed no answer or motion for summary judgment, the Court will construe "Plaintiffs' Response to Defendants' Motion to Dismiss Case for Lack of Subject Matter Jurisdiction and Agreeing that the Case May be Dismissed" (Doc. #22) as a Rule 41(a) Notice Of Dismissal.  The Clerk shall proceed as is provided in Rule 41(a) and dismiss the case without prejudice.

DATED this 24th day of May, 2006.

David K. Duncan
United States Magistrate Judge